JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH LOUIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Comissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. CV 11-0801-SP<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 23, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE